IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-00028-PAB-KLM

SUE JONES,

    Plaintiff,

v.

GENERAL INFORMATION SERVICES, INC.,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

THIS MATTER comes before the Court upon the parties' Stipulated and Joint Motion for Dismissal of Claims with Prejudice [Docket No. 19]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated and Joint Motion for Dismissal of Claims with Prejudice [Docket No. 19] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 7, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge